AMELIA P. STAFFORD v. JOHN W. STAFFORD.

*Divorce—Costs on appeal.*

The dismissal of a divorce bill filed by the wife and alleging cruelty was affirmed where both parties were apparently to blame and there was no reason why they should not be reconciled; but the affirmance was not only without costs as against the complainant appellant, but an allowance to her solicitor for expenses in the Supreme Court was decreed.

Appeal from Branch.    (Pealer, J.)    April 17.—April. 30.

DIVORCE bill.    Complainant appeals.    Affirmed.

*P. J. Eaton* and *H. H. Riley* for complainant.

*M. A. Merrifield* and *J. B. Shipman* for defendant.

CHAMPLIN, J.    The complainant filed her bill for divorce on the ground of extreme cruelty.

We have examined the record and, giving to the testimony its full weight and significance, we are unable to satisfy ourselves that a divorce ought to be decreed in this case. Mutual forbearance would have obviated the differences which appear to have arisen between the parties. There is no reason why they should not reconcile themselves to each other; and while neither party is entirely free from blame, no sufficient cause has been shown to exist which will justify us in granting a decree for divorce.

The bill must be dismissed without costs against complainant. But, under the circumstances, an allowance is made to complainant's solicitor of fifty dollars as expenses in this Court, and an order will be entered here that defendant pay the same to such solicitor in thirty days after service on him of a certified copy thereof.

The other Justices concurred.